**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY LAVAIL COLLIER,<br><br>        Petitioner,<br><br>        v.<br><br>DEBBIE ASUNCION, PROVOST,<br><br>        Respondent. | NO. ED CV 18-0432-CBM(E)<br><br>JUDGMENT |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 12, 2018.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE